No. 81–158. PAPADOPOULOS *v.* OREGON STATE BOARD OF HIGHER EDUCATION. Appeal from Ct. App. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–1837. FAITH BAPTIST CHURCH OF LOUISVILLE, NEBRASKA, ET AL. *v.* NEBRASKA EX REL. DOUGLAS, ATTORNEY GENERAL OF NEBRASKA, ET AL. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–1955. CARTER COUNTY FISCAL COURT ET AL. *v.* CARTER COUNTY PUBLIC LIBRARY DISTRICT ET AL. Appeal from Sup. Ct. Ky. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–1956. WHIDDEN *v.* NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–2045. BILLMAN *v.* COLUMBUS BAR ASSN. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–2047. KULICK ET AL. *v.* DEPARTMENT OF REVENUE OF OREGON. Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.